IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00096 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR CHANGE OF VENUE** |
| JAMES SHELTON, | |
| Defendant. | |

Plaintiff filed a motion for change of venue pursuant to Federal Rule of Criminal Procedure 21(b). Defendant James Shelton opposed. For the reasons stated at the hearing held on April 17, 2012, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE