IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES SHELTON,

Defendant.

No. CR 12-00096 WHA

**ORDER RE UPCOMING TRIAL**

In light of today's submissions, it is unlikely any other judge will be able to take this case, so the jury will be selected at **7:30 A.M. ON MAY 7** as scheduled and sworn that day. The remainder of trial shall proceed as promptly as the Court's schedule will permit. Counsel shall be prepared to try the case by May 7. The final pretrial conference will go forward as scheduled at **3:00 PM. ON APRIL 30**.

**IT IS SO ORDERED.**

Dated: April 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE